DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEVEN VONSHAY HUNTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0155

_____

January 30, 2026

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Blair Allen, Public Defender, and Pamela H. Izakowitz , Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.